
Exhibit B

Lutron Radio Powr Savr Occupancy/Vacancy Sensor ("The Accused system")

| US7233256 | Evidence |
|---|---|
| 1. An activation system, comprising a receiving device (1) for receiving an activation signal (SIGA); | The accused system is an activation system which activates an intrusion alarm. The system comprises a receiving device (e.g., an optical device such as an optical filter or Lens) which receives an activation signal (e.g., an IR signal).<br><br><br><br>Radio Powr Savr Occupancy/Vacancy Sensor<br><br>Radio Powr Savr wireless occupancy/vacancy sensors provide convenient light control and are engineered for optimum energy savings and easy installation. Radio Powr Savr wireless sensors save energy by directing compatible wireless controls to turn lights/ plug loads off based on room occupancy.<br><br>See Radio Powr Savr Occupancy/Vacancy Sensor Model Numbers ∧<br><br>Occupancy Sensor    Vacancy Sensor<br><br>http://www.lutron.com/en-US/pages/SupportCenter/support.aspx?productName=Radio%20Powr%20Savr%20Occupancy/Vacancy%20Sensor&qid=3649&PRDCMP=TRUE&subgroup=Vacancy%20Sensor |

## Radio Powr Savr™ Wireless Occupancy/Vacancy Ceiling Sensor

Lutron® Radio Powr Savr™ occupancy/vacancy sensors are wireless, battery-powered passive infrared (PIR) sensors that automatically control lights via RF communication to compatible dimming and switching devices. These sensors detect the heat from people (IR radiation of 9.5 μm) moving within an area to determine when the space is occupied. The sensors then wirelessly transmit the appropriate commands to the associated dimming and switching devices to turn the lights on or off automatically. They combine both convenience and exceptional energy savings potential along with ease of installation.

### Features

- Wireless occupancy sensor has 3 settings available: Auto-On/Auto-Off, Auto-On Low-Light/Auto-Off, and Manual-On/Auto-Off
- Auto-On Low-Light feature will only turn lights on automatically if there is less than approximately 10 Lux (1 fc) of ambient light
- Vacancy only model available to meet California (U.S.A.) Title 24 requirements
- Uses Clear Connect® technology
- Passive infrared motion detection with exclusive Lutron® XCT™ Technology for fine motion detection
- 360° coverage ranges from 324 ft² (30.2 m²) to 676 ft² (62.4 m²), depending on mounting height
- Simple and intuitive adjustments available for Timeout, Auto-On, and Activity settings
- Supports advanced occupancy features, such as dependent occupancy groups and customizable occupied/unoccupied presets in some systems
- Multiple sensors can be added for extended coverage— refer to product specification submittal of receiving device to determine system limits

| | |
|---|---|
| | • Lens illuminates during test mode to verify ideal locations<br>• Multiple ceiling-mount methods available for different ceiling materials<br>• Front accessible test buttons make programming easy<br>• 10-year battery life design<br>https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493 |



**Models Available**



- LRF__-OCR2B-P-WH
  - Color Code
  - Occupancy and Vacancy
  - Frequency/Channel Code
- LRF2-VCR2B-P-WH
  - Vacancy Only
  - Available for Channel Code 2 Only

**Frequency/Channel Codes**

**Available**

**2** = 431.0 – 437.0 MHz (U.S.A., Canada, Mexico, Brazil)
**5** = 865.5 – 866.5 MHz (India)
**6** = 312.3 – 314.8 MHz (Japan)
**7** = 433.05 – 434.79 MHz (Hong Kong)

**Color Code**
**WH** = White

**Compatible RF Devices**

- For use with Lutron® products only
- Communicates to various wireless Lutron® systems*

https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493

**Sensor Coverage Test**
- Front accessible test button
- Lens illuminates orange in response to motion during test mode and is visible from 60 ft (18 m)

**Wireless Communication Test**
- Front accessible test button
- Turn associated loads on and off

**Timeout Options**
- 1 minute *
- 5 minutes
- 15 minutes – default setting
- 30 minutes

**Auto-On Options (Occupancy Versions Only)**
- "Enabled" – Sensor turns lights ON and OFF automatically – default setting.
- "Low Light" – Sensor turns lights ON automatically only in low ambient light conditions. Sensor turns lights OFF automatically.
- "Disabled" ** – Lights must be turned ON manually from dimming or switching device. Sensor lights OFF automatically.

**Activity Options**
- Low Activity (🏃) – default setting
- Medium Activity (🏃)
- High Activity (🏃)

\* Intended for use in high-activity, briefly occupied areas only

\*\* There is a 15-second grace period that begins when the lights are automatically turned off, during which the lights will automatically turn back on in response to motion. This grace period is provided as a safety and convenience feature in the event the lights turn off while the room is still occupied, so that the user does not need to manually turn the lights back on. After 15 seconds, the grace period expires and the lights must be manually turned on.

https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493

# PIR MOVEMENT-DETECTING SYSTEMS

IR light-beam alarms are active IR units that react to an artificially-generated source of IR radiation. Passive IR (PIR) alarms, on the other hand, react to naturally generated IR radiation such as the heat-generated IR energy radiated by the human body, and are widely used in modern security systems.



**FIGURE 17.** Basic PIR detector usage circuit.

http://www.nutsvolts.com/magazine/article/light-sensitive-circuits

## ✎ Lenses

PIR sensors are rather generic and for the most part vary only in price and sensitivity. Most of the real magic happens with the optics. This is a pretty good idea for manufacturing: the PIR sensor and circuitry is fixed and costs a few dollars. The lens costs only a few cents and can change the breadth, range, sensing pattern, very easily.

In the diagram up top, the lens is just a piece of plastic, but that means that the detection area is just two rectangles. Usually we'd like to have a detection area that is much larger. To do that, we use a simple lens such as those found in a camera: they condenses a large area (such as a landscape) into a small one (on film or a CCD sensor). For reasons that will be apparent soon, we would like to make the PIR lenses small and thin and moldable from cheap plastic, even though it may add distortion. For this reason the sensors are actually Fresnel lenses:



https://learn.adafruit.com/pir-passive-infrared-proximity-motion-sensor/how-pirs-work

| | |
|---|---|
| | **Pyroelectric Infrared Sensors**<br><br>A pyroelectric sensor is made of ceramic material that generates a surface charge when exposed to infrared radiation. As the amount of radiation changes, so does the charge. Being a high impedance signal, a FET is used to buffer this potential as shown in Figure 1.<br><br>Figure 1 Pyroelectric Charge Measured with a FET<br><br><br><br>This sensor is sensitive to a wide range of radiation. To optimize human detection, an optical filter is added to limit the incoming radiation wavelength to a range of 5m to 14m. It is shown in Figure 2 with an external resistor to convert the FET current to a voltage.<br><br>Figure 2 Single Element Pyroelectric Detector |
| an activation circuit (4) for activating an electric circuit (5); and | The accused system comprises an activation circuit (e.g., the hardware component of the accused product which executes signal processing algorithm pertaining to motion detection) for activating an electric circuit (e.g., an Alarm/LED circuit). |



# Radio Powr Savr Occupancy/Vacancy Sensor

Radio Powr Savr wireless occupancy/vacancy sensors provide convenient light control and are engineered for optimum energy savings and easy installation. Radio Powr Savr wireless sensors save energy by directing compatible wireless controls to turn lights/ plug loads off based on room occupancy.

See Radio Powr Savr Occupancy/Vacancy Sensor Model Numbers ∧

Occupancy Sensor

Vacancy Sensor

http://www.lutron.com/en-US/pages/SupportCenter/support.aspx?productName=Radio%20Powr%20Savr%20Occupancy/Vacancy%20Sensor&qid=3649&PRDCMP=TRUE&subgroup=Vacancy%20Sensor

## Radio Powr Savr™ Wireless Occupancy/Vacancy Ceiling Sensor

Lutron® Radio Powr Savr™ occupancy/vacancy sensors are wireless, battery-powered passive infrared (PIR) sensors that automatically control lights via RF communication to compatible dimming and switching devices. These sensors detect the heat from people (IR radiation of 9.5 μm) moving within an area to determine when the space is occupied. The sensors then wirelessly transmit the appropriate commands to the associated dimming and switching devices to turn the lights on or off automatically. They combine both convenience and exceptional energy savings potential along with ease of installation.

### Features

- Wireless occupancy sensor has 3 settings available: Auto-On/Auto-Off, Auto-On Low-Light/Auto-Off, and Manual-On/Auto-Off
- Auto-On Low-Light feature will only turn lights on automatically if there is less than approximately 10 Lux (1 fc) of ambient light
- Vacancy only model available to meet California (U.S.A.) Title 24 requirements
- Uses Clear Connect® technology
- Passive infrared motion detection with exclusive Lutron® XCT™ Technology for fine motion detection
- 360° coverage ranges from 324 ft² (30.2 m²) to 676 ft² (62.4 m²), depending on mounting height
- Simple and intuitive adjustments available for Timeout, Auto-On, and Activity settings
- Supports advanced occupancy features, such as dependent occupancy groups and customizable occupied/unoccupied presets in some systems
- Multiple sensors can be added for extended coverage— refer to product specification submittal of receiving device to determine system limits

|  | |
|---|---|
|  | • Lens illuminates during test mode to verify ideal locations<br>• Multiple ceiling-mount methods available for different ceiling materials<br>• Front accessible test buttons make programming easy<br>• 10-year battery life design<br>https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493 |



### Models Available



- LRF__-OCR2B-P-WH
  - Color Code
  - Occupancy and Vacancy
  - Frequency/Channel Code
- LRF2-VCR2B-P-WH
  - Vacancy Only
  - Available for Channel Code 2 Only

### Frequency/Channel Codes

**Available**
**2** = 431.0 – 437.0 MHz (U.S.A., Canada, Mexico, Brazil)
**5** = 865.5 – 866.5 MHz (India)
**6** = 312.3 – 314.8 MHz (Japan)
**7** = 433.05 – 434.79 MHz (Hong Kong)

### Color Code
**WH** = White

### Compatible RF Devices

- For use with Lutron® products only
- Communicates to various wireless Lutron® systems*

https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493

| | |
|---|---|
| | **Sensor Coverage Test**<br>• Front accessible test button<br>• Lens illuminates orange in response to motion during test mode and is visible from 60 ft (18 m)<br><br>**Wireless Communication Test**<br>• Front accessible test button<br>• Turn associated loads on and off<br><br>**Timeout Options**<br>• 1 minute *<br>• 5 minutes<br>• 15 minutes – default setting<br>• 30 minutes<br><br>**Auto-On Options (Occupancy Versions Only)**<br>• "Enabled" – Sensor turns lights ON and OFF automatically – default setting.<br>• "Low Light" – Sensor turns lights ON automatically only in low ambient light conditions. Sensor turns lights OFF automatically.<br>• "Disabled" ** – Lights must be turned ON manually from dimming or switching device. Sensor turns lights OFF automatically.<br><br>**Activity Options**<br>• Low Activity (👤) – default setting<br>• Medium Activity (👤)<br>• High Activity (👤)<br>* Intended for use in high-activity, briefly occupied areas only<br>** There is a 15-second grace period that begins when the lights are automatically turned off, during which the lights will automatically turn back on in response to motion. This grace period is provided as a safety and convenience feature in the event the lights turn off while the room is still occupied, so that the user does not need to manually turn the lights back on. After 15 seconds, the grace period expires and the lights must be manually turned on.<br><br>https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493 |
| at least one pyroelectric element (3) connected to the receiving device (1) and the activation circuit (4), said at | The accused system comprises at least one pyroelectric element which is connected to the receiving device (e.g., an optical device such as an optical filter or Lens) and the activation circuit (e.g., the hardware component of the accused product which executes signal processing algorithm pertaining to |

| | |
|---|---|
| least one pyroelectric element producing a voltage that actuates said activation circuit (4) when heated by the activation signal from said receiving device. | motion detection), said at least one pyroelectric element producing a voltage that actuates said activation circuit when heated by the activation signal (e.g., an IR signal) from said receiving.<br><br>When the accused system receives an IR signal (i.e., an intruder presence), pyroelectric elements get heated by IR radiation, so it generates sufficient voltage to actuate the activation circuit (e.g., the hardware component of the accused product which executes signal processing algorithms pertaining to motion detection) for activating an electric circuit (e.g., alarm circuit/LED Circuit) to generate an alarm signal.<br><br> **Radio Powr Savr Occupancy/Vacancy Sensor** ✉<br><br>Radio Powr Savr wireless occupancy/vacancy sensors provide convenient light control and are engineered for optimum energy savings and easy installation. Radio Powr Savr wireless sensors save energy by directing compatible wireless controls to turn lights/ plug loads off based on room occupancy.<br><br>See Radio Powr Savr Occupancy/Vacancy Sensor Model Numbers ∧<br><br><br>Occupancy Sensor  Vacancy Sensor<br><br>http://www.lutron.com/en-US/pages/SupportCenter/support.aspx?productName=Radio%20Powr%20Savr%20Occupancy/Vacancy%20Sensor&qid=3649&PRDCMP=TRUE&subgroup=Vacancy%20Sensor |

## Radio Powr Savr™ Wireless Occupancy/Vacancy Ceiling Sensor

Lutron® Radio Powr Savr™ occupancy/vacancy sensors are wireless, battery-powered passive infrared (PIR) sensors that automatically control lights via RF communication to compatible dimming and switching devices. These sensors detect the heat from people (IR radiation of 9.5 μm) moving within an area to determine when the space is occupied. The sensors then wirelessly transmit the appropriate commands to the associated dimming and switching devices to turn the lights on or off automatically. They combine both convenience and exceptional energy savings potential along with ease of installation.

### Features

- Wireless occupancy sensor has 3 settings available: Auto-On/Auto-Off, Auto-On Low-Light/Auto-Off, and Manual-On/Auto-Off
- Auto-On Low-Light feature will only turn lights on automatically if there is less than approximately 10 Lux (1 fc) of ambient light
- Vacancy only model available to meet California (U.S.A.) Title 24 requirements
- Uses Clear Connect® technology
- Passive infrared motion detection with exclusive Lutron® XCT™ Technology for fine motion detection
- 360° coverage ranges from 324 ft² (30.2 m²) to 676 ft² (62.4 m²), depending on mounting height
- Simple and intuitive adjustments available for Timeout, Auto-On, and Activity settings
- Supports advanced occupancy features, such as dependent occupancy groups and customizable occupied/unoccupied presets in some systems
- Multiple sensors can be added for extended coverage— refer to product specification submittal of receiving device to determine system limits

- Lens illuminates during test mode to verify ideal locations
- Multiple ceiling-mount methods available for different ceiling materials
- Front accessible test buttons make programming easy
- 10-year battery life design

https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493



Pyroelectric



**Models Available**



- LRF__-OCR2B-P-WH
  - Color Code
  - Occupancy and Vacancy
  - Frequency/Channel Code
- LRF2-VCR2B-P-WH
  - Vacancy Only
  - Available for Channel Code 2 Only

**Frequency/Channel Codes**

**Available**

**2** = 431.0 – 437.0 MHz (U.S.A., Canada, Mexico, Brazil)
**5** = 865.5 – 866.5 MHz (India)
**6** = 312.3 – 314.8 MHz (Japan)
**7** = 433.05 – 434.79 MHz (Hong Kong)

**Color Code**
**WH** = White

**Compatible RF Devices**

- For use with Lutron® products only
- Communicates to various wireless Lutron® systems*

https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493

**Sensor Coverage Test**
- Front accessible test button
- Lens illuminates orange in response to motion during test mode and is visible from 60 ft (18 m)

**Wireless Communication Test**
- Front accessible test button
- Turn associated loads on and off

**Timeout Options**
- 1 minute *
- 5 minutes
- 15 minutes – default setting
- 30 minutes

**Auto-On Options (Occupancy Versions Only)**
- "Enabled" – Sensor turns lights ON and OFF automatically – default setting.
- "Low Light" – Sensor turns lights ON automatically only in low ambient light conditions. Sensor turns lights OFF automatically.
- "Disabled" ** – Lights must be turned ON manually from dimming or switching device. Sensor lights OFF automatically.

**Activity Options**
- Low Activity (⚡) – default setting
- Medium Activity (⚡)
- High Activity (⚡)

* Intended for use in high-activity, briefly occupied areas only

** There is a 15-second grace period that begins when the lights are automatically turned off, during which the lights will automatically turn back on in response to motion. This grace period is provided as a safety and convenience feature in the event the lights turn off while the room is still occupied, so that the user does not need to manually turn the lights back on. After 15 seconds, the grace period expires and the lights must be manually turned on.

https://a89b8e4143ca50438f09-7c1706ba3fabeeda794725d88e4f5e57.ssl.cf2.rackcdn.com/spec_sheets/files/000/060/990/original/lutron-lrf2ocr2bpwh-specs.pdf?1515014493

# PIR MOVEMENT-DETECTING SYSTEMS

IR light-beam alarms are active IR units that react to an artificially-generated source of IR radiation. Passive IR (PIR) alarms, on the other hand, react to naturally generated IR radiation such as the heat-generated IR energy radiated by the human body, and are widely used in modern security systems.



**FIGURE 17.** Basic PIR detector usage circuit.

http://www.nutsvolts.com/magazine/article/light-sensitive-circuits

The basic action of the **Figure 17** PIR detector is such that, when a human body is within the visual field of the pyroelectric elements, part of that body's radiated IR energy falls on the surfaces of the elements and is converted into small but detectable variations in surface temperature and corresponding variations in the output voltage of each element.

If the human body (or other source of IR radiation) is stationary in front of the detector's lens under this condition, the two elements generate identical output voltages and the unit's final 'difference' output is thus zero, but if the body is moving while in front of the lens, the two elements generate different output voltages and the unit produces a varying output voltage.

Thus, when the PIR unit is wired as shown in the **Figure 17** basic usage circuit, this movement-inspired voltage variation is made externally available via the buffering JFET and DC-blocking capacitor C1 and can — when suitably amplified and filtered — be used to activate an alarm or other mechanism when a human body movement is detected.

http://www.nutsvolts.com/magazine/article/light-sensitive-circuits

## Pyroelectric Infrared Sensors

A pyroelectric sensor is made of ceramic material that generates a surface charge when exposed to infrared radiation. As the amount of radiation changes, so does the charge. Being a high impedance signal, a FET is used to buffer this potential as shown in Figure 1.

Figure 1 Pyroelectric Charge Measured with a FET



This sensor is sensitive to a wide range of radiation. To optimize human detection, an optical filter is added to limit the incoming radiation wavelength to a range of 5m to 14m. It is shown in Figure 2 with an external resistor to convert the FET current to a voltage.

Figure 2 Single Element Pyroelectric Detector